*tutionality of House Bill 88*, 115 Vt. 524, 64 A.2d 169 (1949).

**VERMONT STATE EMPLOYEES' ASSOCIATION, INC. v. STATE of Vermont, et al., No. 258-79**

September 17, 1980. The contract involved in this litigation having, by its terms, expired, without infringement of the rights sought to be enforced thereunder, the appeal is dismissed as moot. *In re Constitutionality of House Bill 88*, 115 Vt. 524, 64 A.2d 169 (1949).

**IN RE J. S., Juvenile, No. 292-79**

September 17, 1980. Motion to dismiss denied.

**NORTH EAST WELL DRILLING, INC. v. Patricia SAFKA and Frederick Safka d/b/a Willoughvale Restaurant, No. 49-80**

September 17, 1980. Appearance of counsel shall be entered on or before October 14, 1980, or appeal dismissed.

Billings, J.

**A. JOYAL, INC. d/b/a Spates Construction v. Fred SAFKA, Patricia Safka and Five-A, Inc., d/b/a Willoughvale Inn, No. 131-80**

September 17, 1980. Appearance of counsel shall be entered on or before October 14, 1980, or appeal dismissed.

Daley, J.

**MURRAY HILL PARTNERS v. Wilson B. PROPHET, Jr., et al., No. 16-80**

September 18, 1980. Appellee's motion for enlargement of time is denied.

Billings, J.

**IN RE GRIEVANCE OF Cora J. CAMPBELL, No. 124-79**

September 19, 1980. Printed case and appellant's brief shall be filed on or before October 20, 1980, or appeal dismissed.

**STATE of Vermont v. Harold K. SIEGLINGER, No. 476-79**

September 19, 1980. The State having confessed error in this cause, the judgment below is reversed and the cause remanded.